UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRIAN LY, ) | |
| ) | |
| Petitioner, ) | Case No. SACV 13-819 JFW (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ACCEPTING REPORT AND |
| JEFFREY BEARD, et al., ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondents. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: November 15, 2013

_____
John F. Walter
United States District Judge