JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIAN LY, | ) | Case No. SACV 13-819-JFW(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| JEFFERY BEARD, SECRETARY, CDCR, | ) ) | |
| | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 15, 2013

_____
John F. Walter
United States District Judge